McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444

FISH & RICHARDSON P.C. (*pro hac vice*)
1717 Main Street, Suite 5000
Dallas, Texas 75201
 (214) 747-5070

Attorneys for Defendants,
CROSSMARK, Inc. and The Dannon Company, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **KATHLEEN JOHNSTON, LORETTA WEIGNER, and JANICE FAHRENHOLTZ, on behalf of themselves and all others similarly-situated,** | : : : : : | **Civil Action No. 08-1525 (SDW)** |
| **Plaintiffs,** | : : | **DECLARATION OF RODGER FISHER** |
| **v.** | : : : | |
| **CROSSMARK, INC., and THE DANNON COMPANY, INC.,** | : : : | |
| **Defendants.** | : : | |

I, Rodger Fisher, declare as follows:

1.     I am a citizen of the United States, and an adult over the age of twenty-one (21)

years.  I have never been convicted of a felony or of a crime involving moral turpitude.  I make

this Declaration of my own personal knowledge, and could and would testify competently to the

matters set forth herein if called upon to do so.

2.     I am currently employed by CHI Management Group, LP ("CROSSMARK"), and

have been employed by CROSSMARK since on or about February 1, 1998.  I currently hold the

position of Vice President of Human Resources, and I have held this position since I began working for CROSSMARK.

3.      CROSSMARK is a premier sales and marketing agency in the consumer goods industry at both the regional and national level.   As a sales and marketing agency, CROSSMARK provides services to manufacturers (such as Dannon) and retailers (such as grocery store chains, convenience and drug stores) that assist them with headquarter sales, retail merchandising, and other services designed to induce shoppers to buy at the point of purchase. CROSSMARK employs over 8,500 full-time and part-time Retail Representatives nationwide, each of whom is assigned to a defined local territory and, in some instances, a specific manufacturer or client.

4.      The document attached as Exhibit "1" is a true and correct copy of CROSSMARK's policy for ensuring compliance with the Fair Labor Standards Act.

5.      The document attached as Exhibit "2" is a true and correct copy of e-mail correspondence I sent to all U.S. Associates, including all full-time and part-time Retail Representatives, describing CROSSMARK's policies and procedures for reporting time worked. The e-mail does not announce or reflect a change in policies and procedures for reporting time worked.  Rather, I sent this e-mail as a reminder of CROSSMARK's policies and procedures for accurately reporting all time worked that had been in effect for all Retail Representatives since at least January 1, 2006.

6.      The document attached as Exhibit "3" is a true and correct copy of SalesTrak Web View Payroll Solution Training given to Retail Representatives on the Dedicated Teams, whose services are dedicated solely to a single client, such as the Dannon Dedicated Team, at or

near the time that Retail Representatives began using SalesTrak to report their hours worked, which occurred on January 1, 2006.

      7.     The document attached as Exhibit "4" is a true and correct copy of CROSSMARK's policies and procedures concerning compensation for the time that Retail Representatives spend driving to and from their work location(s).

      8.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed in Plano, Texas on this _22_ day of December, 2008.

_____
Rodger Fisher

**POLICIES AND PROCEDURES**                    **CROSSMARK.**

---

**FAIR LABOR STANDARDS ACT**

---

**1.0   POLICY**

The Company has established a policy to ensure compliance with the Fair Labor Standards Act (FLSA).

**2.0   PURPOSE**

To provide guidelines with respect to exempt and non-exempt associates, minimum wage, overtime pay, hours worked, record keeping and equal pay for equal work.

**3.0   FLSA**

The FLSA is the federal law that defines and regulates pay to associates.  It is enforced by the U. S. Department of Labor (DOL).  In a few states, California as the most conspicuous example, some aspects of state labor law may take precedence over federal labor law (see Attachment C).  Contact Human Resource Services at the Corporate Center with questions on this topic.

**4.0   FLSA STANDARDS**

**4.1**   Minimum Wage.   In all cases of employment, the Company will adhere to the minimum wage provision of the FLSA.  The Company will pay associates at the current established minimum wage rate or higher.

**4.2**   Overtime Pay.  Associates who are classified as non-exempt under the FLSA must be paid 1 1/2 times the associate's regular rate of pay for all time worked in excess of 40 hours in one work week (Saturday through Friday for all non-exempt associates except Job Class 130 associates.  Job Class 130 associates workweek begins on Monday and ends on the following Sunday).  This category includes all Administrative Associates, Receptionists, Mailroom Associates, Payroll Associates, Accounting Associates, Human Resources Coordinator, and all non-supervisory retail associates.

**4.3**   "White Collar" Exemptions.   Associates exempt from the provisions of the FLSA are categorized as executive, administrative, professional, or outside sales.  Individuals within these categories do not qualify for overtime pay.

**4.31**   Executive.  These are the line managers within the company, ranging from  senior management to Division Manager, Market Manager, Director, Retail Operations Manager, Retail Supervisor, and Supervisors who supervise two or more associates who work an aggregate of at least 80 hours per work week.  The primary duties consist of:



Case 2:08-cv-01525-SDW-MCA   Document 33-1   Filed 12/22/08   Page 5 of 45 PageID: 275

**POLICIES AND PROCEDURES**

# CROSSMARK.

## FAIR LABOR STANDARDS ACT

- The management of the enterprise in which he/she is employed or of a customarily recognized department or subdivision, **and**

- customarily and regularly directs the work of two or more full time associates.  Trainees are not considered executive associates, **and**

- has the authority to hire or fire other associates or whose suggestions and recommendations are influential with respect to the hiring or firing, advancement and promotion, or any other change of status of other associates, **and**

- customarily and regularly exercises discretionary powers.

4.32   Administrative.  These are primarily staff personnel such as the CFO, CIO, VP, Human Resources Services, Personnel Director, Accounting Managers, whose primary duties consist of:

- The performance of office or non-manual work directly related to management policies or general business operations of the employer or the employer's customers, **and**

- customarily and regularly exercises discretion and independent judgment, **and**

- who regularly and directly assists a proprietor, or an associate employed in a bona fide executive or administrative capacity, **or**

- performs under only general supervision work along specialized or technical lines requiring special training, experience or  knowledge, **or**

- executes under only general supervision special assignments and tasks.

4.33   Professional.   This pertains primarily to advanced knowledge in a field of science or learning customarily acquired by a prolonged course of specialized intellectual instruction and study.   Highly compensated computer programmers and systems analysts are covered under this category.   However, individuals who perform technical tasks related to their everyday jobs using computers are not covered under this category.

4.34   Outside Sales Personnel.   These are Sales personnel who are customarily and regularly engaged away from his/her employer's business in making sales. This associate performs actual selling, or related activities in direct support of his/her direct sales effort, with at least

POLICIES AND PROCEDURES

# CROSSMARK.

## FAIR LABOR STANDARDS ACT

80% of his/her time worked. An Account Executive or Account Manager are examples of this category.

**4.4** All hours worked, including overtime hours, for a non-exempt associate must be reported to Payroll and maintained for a period of three years.

**4.5** Overtime pay must be given, even if time is not authorized. In such cases, associates should be told that working unauthorized overtime will lead to discipline (not nonpayment), up to and including termination.

**4.6** Hours Worked

**4.61** Hours worked are all hours an associate is engaged to work, engaged to wait or actually at work, whether or not authorized. (See Attachment A for additional guidance on non-exempt associates' hours worked). Thus, if an associate starts work early or works beyond the end of the established work day, such work must be compensated, whether or not it was authorized or even necessary. Associates, however, may be disciplined for working unauthorized or unnecessary hours.

**4.62** Lunch Periods. Lunch periods established for non-exempt personnel as a part of their regular schedule must be adhered to. Supervisors must be sure that associates, in fact, take their scheduled one hour lunch periods. Where associates do not take the one hour lunch, the associate's Weekly Time Sheet must be marked accordingly. The minimum time period for an unpaid meal period is 30 minutes.

**4.63** Lectures and Courses. Time spent in lectures and courses by non-exempt associates is hours worked unless all four of the following are met.

- Time is outside normal working hours.

- Course subject is unrelated to associate's regular job.

- Attendance is truly voluntary.

- No production work is performed.

**4.64** Travel Time/All in One Day.

- Normal commuting is not hours worked.

CMK000074

Case 2:08-cv-01525-SDW-MCA   Document 33-1   Filed 12/22/08   Page 7 of 45 PageID: 277

**POLICIES AND PROCEDURES**

# CROSSMARK.

**Policy 2.1**
**Page 4 of 11**
**July 30, 1996**
**Revised July 31, 2002**

### FAIR LABOR STANDARDS ACT

- Travel time in excess of one hour to/from a distant location is hours worked for drivers and passengers (all forms of travel).

- Travel between work locations is hours worked.

**4.65**   Travel Time/Out of Town Overnight.

- Travel during normal work hours for all seven days is hours worked.

- Travel outside normal work hours as a passenger is not hours worked.

- Travel time as a driver, other than normal commuting, is hours worked.

**4.7**   Record Keeping.  The following information must be maintained on associates.

- Associate's name and Social Security Number (other ID number)
- Home address
- Birth date
- Gender and occupation
- Time of day and date associate's work week begins
- Regular hourly rate of pay
- Hours worked per day and per week
- Total weekly earnings exclusive of overtime pay
- Total premium pay for overtime hours
- Total additions or deductions from pay
- Total wages paid per pay period
- Date paid and pay period covered by payment

**4.8**   Weekly Time Records.  All non-exempt associates are required to submit Weekly Time Records in accordance with the process outlined in Attachment B.  Further, Human Resources Coordinators (HRC) and Supervisors must coordinate as noted in Attachment B, with Supervisors either approving the actual Weekly Time Record or reviewing the HRC Emails to Payroll reporting associate's hours to be paid.

**4.9**   Equal Pay for Equal Work.  Associates performing jobs requiring equal skill, effort and responsibilities at the same establishment may not be paid different wage rates based upon their gender.  Differences may be based upon seniority and bona fide merit systems.  This statute is enforced by the EEOC.

CMK000075

**POLICIES AND PROCEDURES**                          # CROSSMARK.

---

### FAIR LABOR STANDARDS ACT

---

**5.0     CONTRACT LABOR**

Contract Labor is not authorized for Retail/Merchandising service activities except through a legitimate third party service provider.  All other use of contract labor must be approved through Human Resource Services.

**6.0     COMPENSATION TIME**

"Comp Time" is not allowed for non-exempt associates as dictated by the FLSA.  All time worked by non-exempt associates must be paid within the workweek it is worked. "Comp Time," time off from work in return for unpaid time worked, is explicitly forbidden by the FLSA and through this policy.

**7.0     SUMMARY**

The FLSA was established to provide rules with which to ensure fairness for wages and hours worked by all associates.   The Company is committed to abiding by the terms of the FLSA.

**8.0     CONTACT**

Questions regarding this policy should be directed to Human Resource Services at the Corporate Center.

**3 Attachments**
**A.  Non-Exempt Guidelines**
**B.  Weekly Time Record**
**C.  State Rules on Wage & Hour Matters**

**From:** Human Resources
**Sent:** Thursday, May 29, 2008 5:18 PM
**To:** All US Associates
**Subject:** Reporting Time Worked

<u>To All U.S. Associates</u>

## Reporting Time Worked

From time to time, it becomes necessary to remind CROSSMARK associates of the Company's policies and procedures for reporting time worked. All CROSSMARK associates are required to accurately record and submit all time worked each week. You are responsible for ensuring that your time worked is recorded accurately and properly listed on the date it was performed. Problems with your paycheck must be reported to your immediate supervisor or the Payroll Department so the Company can take prompt and appropriate action.

For further guidance for reporting time worked, please read the following specific information on how to properly report your time.

1. CROSSMARK's work week is defined as Sunday through Saturday for ALL associates. The method and system you use to record and submit your time worked depends upon your associate classification.
    a. <u>Full time and part time retail representatives</u> in all divisions are to use SalesTrak to record and submit their time worked on the same day the work was performed...same-day rule. SalesTrak users submit time worked in increments of minutes, which are then converted to hours and minutes for payroll processing purposes. <u>All</u> SalesTrak users are paid on an hourly basis and are eligible for overtime pay under the Fair Labor Standards Act (see overtime rule below).
    b. <u>All other full time and part time associates</u> in all divisions are to use the CROSSMARK Timesheet (Tenrox) system to record and submit their time worked. Timesheet users submit time worked in increments of hours and minutes. Timesheet users are paid either on an hourly or salaried basis. Hourly paid associates are eligible for overtime pay under the FLSA (see overtime rule below). Salaried paid associates are not eligible for overtime pay.
2. All associates are required to record their own time worked. No one else, including the supervisor, is allowed to record time for an associate except for Payroll Associates who are managing corrections.
3. The deadline to report time worked depends upon the system used for reporting.
    a. For SalesTrak users, all hours must be reported no later than 11:59 p.m. CST each Saturday for payment the following Friday. Hours submitted after this cutoff time will be paid on the NEXT Friday.
    b. Timesheet users must report time worked by noon (of the associate's time zone) on Monday for the previous week.



EXHIBIT
"2"

CMK000325

4. Overtime rule – All time worked MUST be entered into the system and it will be paid, but hourly paid associates should be aware of the following policies regarding overtime work:
   a. Hourly paid associates are not eligible to work overtime unless instructed to do so by their supervisor.
   b. Hourly paid associates are not permitted to use overtime hours worked as "comp" time for another day.
   c. Hourly paid associates who work unauthorized overtime will be paid, but will be subject to disciplinary actions for failure to follow the Company's policy regarding overtime.
5. SalesTrak users are asked to record time worked into different time "buckets" as follows:
   a. In-store time. Time spent after getting out of your vehicle, while working inside the store, and when exiting the store to go back to your vehicle.
   b. Drive time. Time spent driving between your first store location of the day to subsequent store locations during the day. Time driving in excess of 1 hour to your first store of the day is considered Drive Time. Time driving in excess of 1 hour from your last store location to home is also considered Drive Time.
   c. Admin time. Time spent opening and sorting project cycle mail, communicating with your supervisor when not in the store, completing expense reports, printing, synchronizing (setting up), reporting store calls and all activities through SalesTrak. Associates should NOT simply use a rule of thumb that Admin Time is about 15 or 30 minutes per day. Instead, associates are expected to record actual Admin Time worked.
   d. Training time. Time spent on "required" training programs as authorized by your supervisor.
6. Supervisors are not permitted to "suggest" that hourly paid associates work extra time without being paid for it. Associates are expected to report all time worked, and will be paid for time reported.
7. Full time hourly paid associates including all retail representatives are NOT considered salaried associates or salaried non-exempt associates. You have been and are today paid on an hourly non-exempt basis...which means you are paid for the time you actually work.

Associates who do not follow CROSSMARK policies for recording time worked and/or are found to have falsified their timesheets are subject to disciplinary actions up to and including termination. Contact your supervisor, other management personnel, or HR's Answer Line at 1-888-695-6735 if you have any questions.

Thanks to all,

Rodger Fisher
**CROSSMARK®| Vice President, Human Resources | Human Resource Services | 5100 Legacy Drive | Plano, TX  75024 | rodger.fisher@crossmark.com | O 469.814.1322 | F 469.814.7622**

This message, including any attachments, is confidential and/or proprietary to CROSSMARK and its affiliated companies and should be read or retained only by the intended recipient. If you have received it in error, please notify the sender immediately and delete the original message.

CMK000326

**POLICIES AND PROCEDURES**                                   **CROSSMARK.**

Policy 9.1
Page 1 of 4
August 1, 2004

### DRIVE TIME & BUSINESS MILEAGE REIMBURSEMENT POLICY

**1.0   POLICY**

The Company has established a policy to address Drive Time and Business Mileage Reimbursement by Company associates.

**2.0   PURPOSE**

To provide guidance to standardize Drive Time and Business Mileage Reimbursement for Company associates.

**3.0   DRIVE TIME**

3.1   Non-exempt associates are "on the clock" once the associate arrives at the first work location of the day and goes "off the clock" once the associate leaves the last work location of the day. Drive time between work locations during the day is to be recorded as time worked. Time spent on personal stops and lunch breaks between work locations is not considered drive time. However, the theoretical drive time between store locations will be paid in the event the associate deviates from their recommended coverage routes for personal stops (see Drive Time example in Attachment A).

3.2   For retail associates, certain territories/work assignments may require longer than normal drive times to the first work location of the day. For those assignments, the associate will "go on the clock" after the first hour of drive time and will go "off the clock" at the beginning of the last hour of travel home. The supervisor will determine if this applies to the associate. Therefore, the associate is not paid for the first hour of drive time to his/her work location of the day or for the last hour of drive time when returning home.

**4.0   BUSINESS MILEAGE REIMBURSEMENT METHODS**

4.1   Associates may be reimbursed for their business mileage through one of two methods; either through the Standard Business Mileage Reimbursement method or through the Actual Business Mileage Reimbursement method. The Company approved rate per mile to be paid for business miles is maintained and published by the Finance Department.

4.2   Appropriate senior management will determine which method is to be used for particular cost centers.

4.3   Associates using a personal vehicle to conduct business are not entitled to any other reimbursement of vehicle costs including, but not limited to, gasoline, insurance, car washes, maintenance or repairs.

4.4   The Company reserves the right to conduct a separate mileage reimbursement policy based on business agreements with our clients/customers.

4.5   All associates who drive personal vehicles to conduct Company business should maintain adequate records documenting vehicle use for their personal tax purposes.



EXHIBIT
"3"
tabbies®

CMK000317

Case 2:08-cv-01525-SDW-MCA   Document 33-1   Filed 12/22/08   Page 12 of 45 PageID: 282

POLICIES AND PROCEDURES                                    **CROSSMARK.**

## DRIVE TIME & BUSINESS MILEAGE REIMBURSEMENT POLICY

**5.0    STANDARD BUSINESS MILEAGE REIMBURSEMENT METHOD**

A standard business mileage reimbursement shall be provided to an associate who drives a personal vehicle on Company business, typically within an assigned geographic territory.  This would include retail associates who conduct business at assigned stores within the geographic area.  The standard business mileage reimbursement is a set dollar amount based on the calculated mileage to cover the territory at the Company approved rate per mile for conducting Company business within that geographic area.  The calculated mileage to be reimbursed will not include mileage driven to the first work location of the day, from the last work location of the day, or for lunch breaks and personal trips.  Territory planning software shall be used by retail management to calculate the estimated number of miles to be driven for the territory being assigned.  The standard business mileage reimbursement will be linked to achievement of assigned coverage objectives within the assigned geographic area.

**6.0    ACTUAL BUSINESS MILEAGE REIMBURSEMENT**

Actual business mileage reimbursement shall be paid to an associate who drives a personal vehicle to conduct Company business.  When senior management designates this method of reimbursement for associates, the following rules apply.

**6.1**  All mileage driven to conduct Company business between the first work location of the day and the last work location of the day is reimbursed by the Company to the associate at the Company approved rate per mile.  Miles driven for lunch breaks and personal trips are not reimbursable and are not to be included in the business miles being recorded.

**6.2**  All mileage driven from home to the first work location of the day and between the last work location of the day and home is considered personal commuting mileage by the Internal Revenue Service, and is not reimbursed by the Company.

**6.3**  Business use of an associate's personal vehicle is reimbursed at the appropriate Company approved rate times the actual business miles submitted by associates for the timeframe of the expense report being submitted.

**7.0    POLICY IMPLEMENTATION**

Due to the complexities of implementing this policy, it is anticipated it will take time to review and analyze the assignment of geographic territories to retail representatives within the territory planning software.  Given these complexities, the Company will transition to these procedures beginning August 1, 2004 with the final implementation completed on, or before, January 1, 2005.

**8.0    CONTACT**

**POLICIES AND PROCEDURES**

# CROSSMARK.

## DRIVE TIME & BUSINESS MILEAGE REIMBURSEMENT POLICY

The VP of Human Resources at the Corporate Service Center is the contact for this policy.

**POLICIES AND PROCEDURES**

# CROSSMARK.

Policy 9.1
Page 4 of 4
August 1, 2004

## DRIVE TIME & BUSINESS MILEAGE REIMBURSEMENT POLICY

### Attachment A
# Drive Time Example



**Note:** All drive time minutes must be turned in each pay period by the associate, including minutes for theoretical drive time.



# SalesTrak Web View
# Payroll Solution Training
# Dedicated Teams

EXHIBIT

tabbies® "4"

CMK000365

## Current Process

- • PT –
  - Enter and are paid actual "In-Store" time into SalesTrak using the minutes field when reporting a task
  - Enter and are paid Admin and Drive time
  - Enter actual mileage; are paid a pre-determined amount for mileage
  - Do not report or receive pay for non-working time



## New Process

•• PT

- Enter "In-store" time into SalesTrak using the minutes field when reporting a task. This data will transfer to the "Payroll Entries" page for viewing purposes

- Complete and receive pay for "Admin", "Drive", "In-store" and "Training" time using the "Unpaid Payroll Entries" link

- Complete and receive pay for <u>actual</u> "Mileage" using the "unpaid payroll entries" link

- View pay statement online using the "Retail Rep Statement" link

- If necessary, report "Total Team In-Store Time" using the "Repot Store Visit" link



## Current Process

- **FT**
  - Complete a timesheet for all time including In-store, Non In-Store and overtime hours. These hours are rolled-up on the timesheet an 1 time entry is completed for the day.



# New Process

- •• FT
  - – Enter actual "In-store" time into SalesTrak using the minutes field when reporting a task
  - – Complete and receive pay for "Admin", "Drive", "In-store" and "Training" time using the "Unpaid Payroll Entries" link
  - – View pay statement online using the "Retail Rep Statement" link – time entries broken down by type (In-Store, Non In-Store, Drive, Admin, & Training)
  - – If necessary, report "Team In-store Time" using the "Repot Store Visit" link
  - – MUST complete time online to receive pay
  - – Fill out a timesheet until 6/30. Beginning 7/3, no longer complete a timesheet.
  - – Mileage completed in Concur for audit purposes only



# Non-Working Time – FT Employees Only
See Employee Handbook for details

- • Holiday
  - – Company stated days that are considered "holidays" – published each year and are paid days of work
- • Personal
  - – Each FT associate is eligible for 2 personal days which can be taken in 4 hr increments
- • Vacation
  - – Time-off accrued based on time employed by CROSSMARK
- • Sick Leave
  - – Each FT associate is eligible for us to 40 hours of sick leave per calendar year
- • Leave of Absence
  - – You will not be required to report time during a leave of absence
- • Bereavement
  - – Max 3 days upon the death of an immediate family member



# In-Store Time Defined

## REGULAR WORK TIME (IN-STORE) vs. PROJECT TIME

- • Project Time: The amount of time allotted to a task or project—not to be exceeded without approval from your Manager. Do not report "Project Time" in SalesTrak

- • Regular Work (In-Store) Time: The amount of time you actually spent working on a task or project. Total In-Store Time is automatically calculated based on your inputs for minutes to complete assigned tasks or payroll projects and is reported by location. This is the number your should report in SalesTrak

All In Store hours must be reported. Recording any time other than ACTUAL In Store time is falsification of a work record and can be grounds for termination. In addition, working any time that is not directed or approved by your Manager can result in disciplinary action.



# Admin Time Defined

## ADMINISTRATIVE (ADMIN) TIME

- • The time you spend working on Admin tasks that are directed by CROSSMARK.

- • Admin Time consists of the following work tasks:
  - Time spent opening and sorting project cycle mail, communicating with Manager, completing expense reports, printing, synchronizing (setting up), help desk calls, and reporting store calls.
  - Time spent reporting all activities through SalesTrak.
  - What should NOT be included in your actual number for Admin time: time it took you to perform ANY administrative tasks that are not directed by CROSSMARK. For example, if you pick-up groceries at the store after your store call, this is NOT directed by CROSSMARK and NOT considered time to be paid.



CMK000372

# Drive Time Defined

## COMPANY DRIVE TIME

- • Company drive time between work locations during the workday is to be recorded as time worked. However, time spent on personal stops between work locations is not considered company drive time.

- • Company drive time will then start over once the associate returns to a work location and then travels between two or more work locations during the remainder of the workday.

- • Drive time to/from the first/last work locations of the day is considered personal time and does not qualify as drive time for pay purposes.

- • Non-exempt associates are "on the clock" once the associate arrives at the first work location of the day and goes "off the clock" once the associate leaves the last work location of the day. Drive time between work locations during the day is to be recorded as time worked. Time spent on personal stops and lunch breaks between work locations is not considered drive time. However, the theoretical drive time between store locations will be paid in the event the associate deviates from their recommended coverage routes for personal stops (see Drive Time Example).

- • For retail associates, certain territories/work assignments may require longer than normal drive times to the first work location of the day. For those assignments, the associate will "go on the clock" after the first hour of drive time and will go "off the clock" at the beginning of the last hour of travel home. Therefore, the associate is not paid for the first hour of drive time to their first work location or for the last hour of drive time when returning home.

- • If drive time from home to the first work location and from the last location to home exceeds 1 hr, the Rep should record the difference PLUS mileage. For example, if it took 70 minutes to drive from home to location 1, and after that hour the rep drove 2 miles, they should be paid ONLY for the extra 10 minutes of drive time and 2 miles.



# Drive Time Example



Home → 1st Store Call → 2nd Store Call → 3rd Store Call → Return Home No Drive Time

1st Store Call No Drive Time

Drive Time 20 Minutes

Theoretical drive time paid based on routing software estimate of distance from 2nd Store to 3rd Store 26 minutes

No Drive Time 20 minutes

GM's House, Shopping Mall, or Lunch Breaks

No Drive Time 15 Minutes

**Note:** All drive time minutes must be turned in each pay period by the associate, including minutes for theoretical drive time.



CMK000374

# Business Mile Defined

## BUSINESS MILE

- • A business mile is based on those miles driven BETWEEN stores and the total business miles should be calculated based on the most optimal routing of a person's territory.



# Training Defined

<u>IN-STORE TRAINING</u> - Do not record as Training Time
- • Training the is conducted during a work with or that is related to a task, should be recorded as "In-store" time for the retail rep – NOT as Training time.

<u>OUT-OF-STORE TRAINING</u> – If applicable - Record as Training Time:
- • Training that is not related to a task
  - A-Train or Any Other Training or Client Meetings Assigned by Your Manager
  - New Hire Orientation
  - Taking "tests" through SalesTrak





# SalesTrak Web View
# Payroll Enhancements

CMK000377

# Login

- •• vp.crossmark.com
- •• Network user name
- •• Network password





## Team Lead

- • Team Lead
  - One person assigned to a task



# Entering In-Store Time



CMK000380



CMK000381



**Step 2: Team Lead**
One Person Assigned to a Task

**Step 2 – Team Lead**
Only person assigned to a task

1. Complete the Total In-Store Minutes for this Project

2. If the Project spans over more than 1 day, click this link to report time by day by project.

3. Complete Survey Questions, Click Save.



# Entering Non In-Store Time



CMK000383

# Non-Task Related Time

- • Non-Task Related Time – PT
  - – Admin
  - – Mileage (Actual)
  - – Training
  - – Drive

- • Non-Task Related Time – FT
  - – Includes ALL PT non-task related time (except for Mileage)
  - – Time off with pay entries
    - • Sick, Vacation, Personal, Jury Duty, Bereavement, Holliday

NOTES:
  - – You can't enter time in advance. For vacation, bereavement, etc. you should enter time when you return to work.
  - – You DO NOT need to record Leave of Absence in SalesTrak.





CMK000385



CMK000386

# Viewing Retail Rep Pay Statement



CMK000387



# Important Date & Help

- • Sunday morning all data from SalesTrak will be imported into Lawson for pay purposes

- • Up to Saturday evening at midnight, edit in SalesTrak

- • If payroll has already been imported into Lawson for pay, and time has been recorded incorrectly, contact the payroll hotline immediately at (888) 261-8107. If payroll has not already been run, an edit can be made at that time.
  - • If there is an edit(s) made through payroll, the iteration(s) will be stamped down to show through management reports, the discrepancy between time that was entered into SalesTrak and what was actually paid.





# Corrections

CMK000390

# Payroll Correction Process

1. If hours or mileage are misreported then take the following steps
   - Notify your Manager
   - The Manager will Notify the RR via the CROSSMARK email system using the following commentary:

     Dear [Name],

     On May 1st you reported via SalesTrak 10 hours of in-store time instead of 1 hour. These 9 hours will be deducted from your next paychecks until all hours are returned.

     Please respond back to this email so I can confirm we are in complete agreement.

   - The Manager will forward this email to your Payroll Associate to complete the correction process.
   - Payroll will complete correction and keep a copy in the employee's personnel file.



CMK000391

## Retail Solutions
## PT Rep Check Stub Changes

•• **Workweek is Sun – Sat and is paid 1 week in arrears:**

- Current method of time collection:
  - Hours worked 5/29 – 6/4 will be paid 6/10
    - Final check for pay type descriptions of
      » Add Hour, Actual In, Actual Ot, Project

- New method of time collection:
  - Hours worked 6/5 – 6/11 will be paid 6/17
    - Pay type descriptions going forward
      » Taxable Pay types include InStore, Admin, Drive, Training, OVT 1.5x, OVT 2.x
      » Nontaxable Pay Types include Mileage, WebExp (Concur)
      » Sum of Taxable and Nontaxable pay types are reflected on pay stub as Gross Wages



## Retail Solutions
## PT Rep Pay Statement

•• No more paper based Pay Statements

•• Will be available through SalesTrak

- Final mailing of paper Pay Statement
  - Hours worked 5/29 – 6/4
  - Mailed 6/9

- Pay Statement available in SalesTrak
  - Statement for hours worked 6/5 – 6/11 available for viewing/printing on 6/13/05
  - Historical online Pay Statements available for hours worked 6/5 forward



## Retail Solutions PT Reps
## Auto Allowance vs Mileage

- • • No more Auto Allowance
  - – Final AUA paid on 6/10/05
- • • Actual Mileage begins 6/5/05
  - – Mileage is an expense reimbursement
  - – Rate of .26 per mile
  - – Mileage is nontaxable



# Help

Interface Questions?
SalesTrak Help File (SalesTrak Help link in SalesTrak) OR your Manager

Computer/Technical Questions?
HP Help Desk 1-888-261-8099

All other Questions?
Contact your Supervisor

Questions/Comments on Training Materials
e-mail training@crossmark.com

Attend a SalesTrak Training Class
Visit the site http://intranet.crossmark/com/training/



CMK000395